445 A.2d 244

Commonwealth v. Shockney, Appellant.

Submitted March 24, 1982. Ronald Perry, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgments of sentence affirmed.

445 A.2d 245

Commonwealth v. Sleighter, Appellant.

Argued December 4, 1980. Charles A. Glackin, for appellant; Edgar B. Bayley, Jr., District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., concurred in the result.